1014

JAY M. STREET et al, *Appellants*, v. GERALD J. McCANN et al, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 120007, Paul D. Hansen, J., entered October 30, 1973. *Reversed* by unpublished opinion per Callow, J., concurred in by Farris and James, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT R. WHITNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67984, Edward E. Henry, J., entered July 19, 1974. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. VELMA MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67324, David C. Hunter, J., entered July 16, 1974. *Affirmed* by unpublished opinion per Walterskirchen, J. Pro Tem., concurred in by Williams, C.J., and Swanson, J.

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY SPENCER CASADOS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 68587, James A. Noe, J., entered September 10, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.